Docusign Envelope ID: 1940CCF7-8BD1-86AD-8162-85F4B2A0CF2B

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| RUSSELL JAVIER MELENDRES, et al.,<br><br>Plaintiff,<br><br>v.<br><br>PRUITTHEALTH, INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-00254-LAF-JGM |

**DECLARATION OF JUSTIN PRICE IN SUPPORT OF**
**THE PRUITTHEALTH DEFENDANTS' MOTION TO DISMISS**

I, Justin Price, declare as follows:

1. I offer this Declaration in support of the Motion to Dismiss of PruittHealth, Inc., PruittHealth Consulting Services, Inc., PruittHealth – Bamberg, LLC, PruittHealth – Neuse, LLC, PruittHealth – Town Center, LLC, Neil Pruitt, Jr., Amy Montenegro, and myself (collectively, the "PruittHealth Defendants").

2. I am over 18 years of age, and I am fully competent to execute this Declaration. I submit this Declaration solely for use in the above-captioned lawsuit and for no other purpose. The facts in this Declaration are true and correct and are based on my personal knowledge.

3. I have been a resident and citizen of the State of Georgia for the past 37 years.

4. I have never, at any time in my life (up through and including the present), lived or resided in North Carolina, and I have not otherwise ever been considered for any purposes a citizen of North Carolina. I have never registered to vote in North Carolina. I do not own and have never owned any real property in North Carolina, and I have never owned a share of any business or other non-real property interest in North Carolina.

5. I am the Executive Director of Partner Services for Defendant PruittHealth, Inc. ("PruittHealth").

6. At all times during my employment with PruittHealth, I work exclusively out of PruittHealth's offices in Norcross, Georgia or occasionally from my home in Byron, Georgia.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

Signed by:
Justin Price
746CEBE1F46D45E

Justin Price